**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of October, two thousand twenty-five,

| | |
|---|---|
| Gideon Rapaport, | **ORDER** |
| Plaintiff - Appellant, | Docket No. 25-2247 |
| v. | |
| Abigail Finkelman, | |
| Defendant - Appellee. | |

A notice of appeal was filed on September 17, 2025. The Appellant's Acknowledgment and Notice of Appearance Form due October 1, 2025 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective November 7, 2025 if the Acknowledgment and Notice of Appearance Form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court