**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of November, two thousand twenty-five,

_____

Gideon Rapaport,

      Plaintiff - Appellant,

  v.

Abigail Finkelman,

      Defendant - Appellee.

_____

**ORDER**
Docket No. 25-2247

Appellant Gideon Rapaport's submission of a Form D-P does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said Form D-P is stricken from the docket.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

