# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

### CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
### FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>Rapaport v. Finkelman | **DISTRICT**<br>SDNY | **DOCKET NUMBER**<br>24-cv-5942 |
| | **JUDGE**<br>Honorable Jessica G. L. Clarke | **APPELLANT**<br>Gideon Rapaport |
| | **COURT REPORTER**<br>Marissa Lewandowski | **PRO SE APPELLANT**<br>Gideon Rapaport |

**Check the applicable provision:**

☐ I am ordering a transcript.

☑ I am not ordering a transcript.

   **Reason for not ordering a transcript:**

   ☑ Copy is already available

   ☐ No transcribed proceedings

   ☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)**

September 10, 2025 post-dismissal hearing regarding emergency request by defendant for a TRO/PI filing ban that was subsequently denied.

Transcript was ordered, prepared and paid for during the district proceedings.

**METHOD OF PAYMENT**   ☒ Funds   ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST- TRIAL PROCEEDINGS

☐ OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)**

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| APPELLANT'S SIGNATURE<br>/s/ Gideon Rapaport | DATE<br>12/2/2025 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| | | |

| SIGNATURE OF COURT REPORTER | DATE |
|---|---|
| | |

Revised June, 2017