**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: January 30, 2026
Docket #: 25-2247
Short Title: Rapaport v. Finkelman

DC Docket #: 1:24-cv-5942
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - Jessica G.L. Clarke

**NOTICE OF DEFECTIVE FILING**

On January 29, 2026 the Appendix, on behalf of the Appellant Gideon Rapaport, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
  _____ Missing proof of service
  _____ Served to an incorrect address
  _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
  **XX**   **Failure to file special appendix *(Local Rule 32.1)* – see "Other" on next page**
_____ Defective cover *(FRAP 32)*
  _____ Incorrect caption *(FRAP 32)*
  _____ Wrong color cover *(FRAP 32)*
  _____ Docket number font too small *(Local Rule 32.1)*
_____ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
_____ Incorrect Filing Event

**XX    Other: Missing a Special Appendix, a copy of the district court docket sheet, and your appendix must be broken up into separate volumes not exceeding 300 pages. As per LR 32.1, if the appendix, exclusive of orders and judgments, exceeds 300 pages, a Special Appendix must be filed. A Special Appendix contains a copy of any orders and judgments being appealed, please see LR 32.1(b) for more information. Use filing type "*Special Appendix FILED*" when filing your Special Appendix.**

**Additionally, each appendix volume must contain a cover and table of contents. Lastly, each appendix volume would be filed *separately* under their own appendix entry by using filing type "*Appendix FILED*".**

**Please contact the district court of SDNY to request a courtesy copy of the district court docket sheet for your appendix.**

**For more information in what consists of an Appendix and Special Appendix, please refer to LR 32.1 and FRAP 30.**

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than **February 3, 2026.** The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8527.